

IN THE
TENTH COURT OF APPEALS

No. 10-08-00004-CV

AMERICAN HOUSING FOUNDATION,
WACO PARKSIDE VILLAGE, LTD., AND
WACO ROBINSON GARDEN, LTD.,

                                                                    Appellants

 v.

MCLENNAN COUNTY APPRAISAL DISTRICT,

                                                                    Appellee

From the 170th District Court
McLennan County, Texas
Trial Court No. 2002-4038-1

MEMORANDUM OPINION

American Housing Foundation, Waco Parkside Village, Ltd., and Waco Robinson Garden, Ltd. sued the McLennan County Appraisal District, challenging the denial of their applications for exemptions under section 11.182 of the Tax Code. *See* TEX. TAX. CODE ANN. § 11.182(b), (e) (Vernon 2008). On appeal, AHF, Parkside, and Robinson raise several issues challenging the trial court's denial of their partial motion for summary judgment and granting of the Appraisal District's summary judgment

motion.  However, the two apartment complexes for which they sought an exemption were constructed *before* December 31, 2001.  *Id*. at § 11.182(e).  Section 11.182(e) applies only to housing projects constructed *after* December 31, 2001.  *Am. Hous. Found. v. Brazos County Appraisal Dist.*, 166 S.W.3d 885, 889 (Tex. App.—Waco 2005, pet. denied); *see Am. Hous. Found. v. Calhoun County Appraisal Dist.*, 198 S.W.3d 816, 818-19 (Tex. App.—Corpus Christi 2006, pet. denied) (same); *see also* TEX. TAX. CODE ANN. § 11.182(e).  In their second issue, AHF, Parkside, and Robinson urge us to revisit our holding in *Brazos County Appraisal District*.  We decline to do so.  Accordingly, we overrule issue two and need not address the remaining issues.  *See* TEX. R. APP. P. 47.1.  The trial court's judgment is affirmed.

FELIPE REYNA
Justice

Before Chief Justice Gray,
  Justice Reyna, and
  Justice Davis
Affirmed
Opinion delivered and filed March 25, 2009
[CV06]